UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MATTHEW KLINE, MARK KLINE, on behalf of minor, HAYDEN KLINE,

Plaintiffs,

vs.

GEMINI TRANSPORT, LLC, AMARILDO ZERE, FEDEX GROUND PACKAGE SYSTEM, INC., and DELBERT E. LALLATHON, JR.,

Defendants.

Case No. 16-cv-13157
Honorable Gershwin A. Drain

---

MICHAEL JAY LEIZERMAN (P53413)
E.J. LEIZERMAN & ASSOCAITES, LLC
Attorneys for Plaintiffs
3450 W. Central Avenue, Suite 328
Toledo, Ohio 43606
(419) 243-1010/Fax 8200
michael@leizerman.com

SAMUEL W. JARJOUR (15468-02)
Attorneys for Plaintiffs
701 S. Clinton Street, Suite 316
Fort Wayne, IN 46802
(260) 420-2333/Fax 2335
sam@jarjourlaw.com

KEVIN J. PLAGENS (P55992)
KOPKA PINKUS DOLIN PLC
Attorneys for Defendant FedEx and Lallathon
33533 W. Twelve Mile Road, Suite 350
Farmington Hills, MI 48331-5611
(248) 324-2620/Fax 2610
kjplagens@kopkalaw.com
assistant: kdramsay@kopkalaw.com

DAVID J. YATES (P49405)
ERIC P. CONN (P64500)
STEPHANIE B. BURNSTEIN (P78800)
SEGAL MCCAMBRIDGE SINGER & MAHONEY
Attorneys for Gemini and Zere
39475 Thirteen Mile Road, Suite 203
Novi, Michigan 48377
(248) 994-0060/Fax 0061
dyates@smsm.com; econ@smsm.com; sburnstein@smsm.com

---

**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. AND DELBERT E. LALLATHON, JR.'S CONCURRENCE WITH DEFENDANTS GEMINI TRANSPORT, LLC AND AMARILLO ZERE'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE TO THE SOUTHERN DISTRICT COURT IN INDIANA**

Defendants, FEDEX GROUND PACKAGE SYSTEM, INC. and DELBERT E. LALLATHON, JR., by and through their attorneys, KEVIN J. PLAGENS and KOPKA PINKUS DOLIN PLC, hereby **CONCUR** with Defendants Gemini Transport, LLC and Amarillo Zere's Motion to Dismiss or in the Alternative to Transfer Venue to the Southern District Court in Indiana.

Respectfully Submitted,

KOPKA PINKUS DOLIN PLC

By: ***/s/ Kevin J. Plagens***

KEVIN J. PLAGENS (P55992)
KOPKA PINKUS DOLIN PLC
Attorneys for Defendant FedEx and Lallathon
33533 W. Twelve Mile Road, Suite 350
Farmington Hills, MI 48331-5611
(248) 324-2620/Fax 2610
kjplagens@kopkalaw.com

Dated: November 18, 2016

## CERTIFICATE OF SERVICE

I, Kimberly Ramsay, am an employee of Kopka Pinkus Dolin PLC, and I certify that I e-filed the foregoing document on November 18, 2016 using the ***ECF File & Serve e-filing system*** which will send a copy of this document together with notification to all counsel of record; and that I mailed a copy of this document to any non-efiling participants.

*/s/Kimberly Ramsay*
Kimberly Ramsay